## Case No. 4,754.

### FIDELIO v. DERMOTT.

[1 Cranch, C. C. 405.][1]

Circuit Court, District of Columbia. June Term, 1807.

Mr. Caldwell, for petitioner,

[1] [Reported by Hon. William Cranch, Chief Judge.]

Mr. Key, for defendant,

Mr. Caldwell and Mr. Law, for petitioner,

Mr. Key, for defendant,

But THE COURT said clearly it does not, because, at the time of making the codicil, there were three years unexpired of the time of his service; which might be sold, and so make the codicil consistent with the will, and give operation to both.

Verdict for the petitioner.